IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ELIZABETH GONZALEZ,**<br>　　　　　**Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **NANCY A. BERRYHILL,**<br>**Acting Commissioner of Social Security**<br>**Administration,**<br>　　　　　**Defendant.** | **NO. 16-6140** |

## O R D E R

**AND NOW**, this 31st day of August, 2017, upon consideration of the Request for Review filed by plaintiff, Elizabeth Gonzalez Rios, the record in the case, the Report and Recommendation of United States Chief Magistrate Judge Linda K. Caracappa dated July 27, 2017, Plaintiff's Objections to Report and Recommendation, and Defendant's Response to Plaintiff's Objections to the Magistrate Judge's Report and Recommendation, **IT IS ORDERED** as follows:

　　　　1.　　The Report and Recommendation of Linda K. Caracappa, United States Chief Magistrate Judge, dated July 27, 2017, is **APPROVED** and **ADOPTED**;

　　　　2.　　Plaintiff's Objections to Report and Recommendation, all of which were presented to the Magistrate Judge and rejected by her, are **OVERRULED** for the reasons stated in the Report and Recommendation. This Court determines that the Magistrate Judge properly addressed and rejected all of the issues raised by plaintiff in her Objections;

　　　　3.　　The Request for Review filed by plaintiff, Elizabeth Gonzalez Rios, is **DENIED**; and,

4.     **JUDGMENT IS ENTERED IN FAVOR** of defendant, Nancy A. Berryhill, Acting Commissioner of Social Security Administration and **AGAINST** plaintiff, Elizabeth Gonzalez Rios.

**BY THE COURT:**

  / s Jan E. DuBois
**DuBOIS, JAN E., J.**